```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| RAFIKI DI MAGANO, | : | |
| | : | Civil Action No. 08-758 (RMB) |
| Petitioner, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| STATE OF NJ, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in the Court's Opinion filed herewith,

It is on this **3rd** day of **June** 2008;

**ORDERED** that the application for a writ of habeas corpus, construed as a petition for habeas relief under 28 U.S.C. § 2241(C)(3), is dismissed without prejudice for non-exhaustion of state court remedies; and it is further

**ORDERED** that no certificate of appealability will issue; and it is finally

**ORDERED** that the Clerk of the Court shall close this file.

                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              United States District Judge